UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHARON E. O'HARA

    Plaintiff,

vs.                                        CASE NO. 3:07cv351/RS/MD

UNIVERSITY OF WEST FLORIDA, et al.

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 38). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' Motion to Dismiss (Doc. 27) is granted. Plaintiff's third amended complaint is dismissed without prejudice with leave to file the fourth amended complaint in accordance with the instructions set out in the Magistrate Judge's Report and Recommendation (Doc. 38).

3. Plaintiff shall file the fourth amended complaint not later than 30 days from the date of this Order.

4.  Plaintiff is advised that failure to fully comply with the terms of this Order will result in dismissal of this action with prejudice.

**ORDERED** on November 5, 2008.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**