**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SHARON E. O'HARA,

    Plaintiff,

vs.                                       CASE NO. 3:07cv351/RS

UNIVERSITY OF WEST FLORIDA,

    Defendant.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 81), Defendant's Objections To Magistrate's Report and Recommendation (Doc. 84), and Plaintiff's Opposition To Summary Judgment Denying The Retaliation Complaint (Doc. 85). I have considered Defendant's and Plaintiff's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The relief requested by Defendant's Motion for Summary Judgment (Doc. 74) is granted as to Plaintiff's claim of retaliation in violation of Title VII. The clerk shall enter partial summary judgment for Defendant as to Plaintiff's claim of retaliation.

3. Defendant's Motion for Summary Judgment is denied as to Plaintiff's claim of sexual harassment.

**ORDERED** on August 24, 2010.

                                              /S/ Richard Smoak  
                                              **RICHARD SMOAK**  
                                              **UNITED STATES DISTRICT JUDGE**