IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHARON E. O'HARA,

      Plaintiff,

vs.                                        CASE NO. 3:07cv351/RS

UNIVERSITY OF WEST FLORIDA,

      Defendant.
_____/

## ORDER

Plaintiff's Motion For Reconsideration On Charge Of Retaliation (Doc. 92) is **denied**.

**ORDERED** on February 8, 2011.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**