IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHARON O'HARA,

    Plaintiff,
vs.                                                                   **CASE NO: 3:07cv351/RS-MD**

UNIVERSITY OF WEST FLORIDA,
et. al.,

    Defendants.
_____/

## ORDER

**IT IS ORDERED:**

1. Not later than July 20, 2011, Plaintiff shall file a memorandum which shall address Defendant's argument that the 300 day filing requirement in 42 U.S.C. § 2000e-5 bars Plaintiff's claims for any incidents that occurred prior to May 13, 2005.

2. Not later than July 27, 2011, Defendants shall file a response to Plaintiff's memorandum.

3. Jury trial is rescheduled for August 22, 2011, in Pensacola, Florida.

**ORDERED** on July 6, 2011.

                                                  /S/ Richard Smoak
                                                  **RICHARD SMOAK**
                                                  **UNITED STATES DISTRICT JUDGE**